No. 774 October 30, 2024 767

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

OSCAR ENRIQUE RAMIREZ-IBARRA,
aka Oscar E. Ramirez,
*Defendant-Appellant.*

Jackson County Circuit Court
23CR30442; A182126

Jeremy A. Markiewicz, Judge.

Submitted on September 13, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Daniel C. Bennett, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant appeals a judgment of conviction entered after he pleaded guilty to the offense of identity theft, ORS 165.800. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

The state charged defendant with two counts of identity theft. Defendant pleaded guilty to one count of identity theft and the second count was dismissed. The trial court sentenced defendant to 13 months in prison and one year of post-prison supervision. Having reviewed the record, including the trial court file and the transcript of the hearings, and having reviewed the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105(5), we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).